

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00157-CV

| | | |
|---|---|---|
| IN THE INTEREST OF N.H., M.H., K.R., B.K., H.K., H.K., AND H.T., CHILDREN | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-435130-08) |
| | § | September 22, 2022 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's termination order. It is ordered that the trial court's termination order is affirmed in part and reversed in part. We affirm the trial court's termination of Mother's parental rights to B.K. (Breanna), H.J.K. (Hank), H.S.K. (Hudson), and H.T. (Holly), and we affirm the trial court's termination of J.T.'s parental rights to Holly. We reverse that portion of the trial court's termination order as it relates to K.R. (Kenneth) and remand this case to the trial court for further proceedings consistent with our opinion in this appeal.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack